AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

FAIR HOUSING COUNCIL OF OREGON,

    PLAINTIFF

v.

CROSS WATER DEVELOPMENT, LLC,
MOSS & ASSOCIATES, INC., DNW INC.,
R.L. OJA COMPANY INC., BONNIE OJA,
ROBERT OJA,

    DEFENDANTS

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5755FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) Defendant Cross Water Development, R.L. Oja Company, Bonnie Oja and Robert Oja's Motion to Dismiss the Complaint [Dkt. # 12] is **GRANTED.**

(2) Defendant Moss and Associates, Inc.'s Motion to Dismiss the Complaint [Dkt. # 14] is **GRANTED**.

(3) Defendant DNW, Inc.'s Motion to Dismiss the Complaint [Dkt. # 16] is **GRANTED**.

(4) Plaintiff's Complaint is dismissed in its entirety, with prejudice.

(5) The Defendants' request for an award of attorney's fees is **DENIED**.

March 27, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk